
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

TRICIA MARVIN, individually,
and as representative of a Class of
Participants and Beneficiaries
of the Mercy Health Corporation
Employees' Retirement Plan,

        Plaintiff,

v.

MERCY HEALTH CORPORATION, *et. al.*

        Defendants

Case No. 20-cv-50293

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Tricia Marvin, hereby provides Notice to this Court that pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), this matter may be voluntarily dismissed without prejudice.

Dated: August 27, 2020

By: *s/ James A. Walcheske*
James A. Walcheske, SBN 1065635
Walcheske & Luzi, LLC
235 North Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Email: jwalcheske@walcheskeluzi.com

*Attorneys for Plaintiff*