**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Western Division**

Tricia Marvin

                                         Plaintiff,

v.                                                              Case No.: 3:20−cv−50293
                                                                    Honorable John Z. Lee

Mercy Health Corporation, et al.

                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 28, 2020:

      MINUTE entry before the Honorable John Z. Lee: : This case is dismissed without prejudice pursuant to Plaintiff's notice of voluntary dismissal [9]. Civil case terminated. Mailed notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.